**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CLAUDIA HARBOURT, et al. | : | |
| | : | |
| | : | |
| v. | : | Civil No. CCB-14-3211 |
| | : | |
| | : | |
| PPE CASINO RESORTS MARYLAND, LLC | : | |

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The defendant PPE's motion to dismiss is **GRANTED**;

2. This case is **DISMISSED**;

3. The Clerk shall **CLOSE** this case; and

4. The Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.

April 21, 2015                                                        /S/
Date                                                                        Catherine C. Blake
                                                                              United States District Judge