**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division of Maryland)

| | |
|---|---|
| **CLAUDIA HARBOURT,** *et al.* | * |
| Plaintiffs, | * |
| v. | * Civil Action Number: 14-cv-03211-CCB |
| **PPE CASINO RESORTS MARYLAND, LLC, d/b/a MARYLAND LIVE! CASINO** | * |
| Defendant. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Claudia Harbourt, Philip Kroll, Melvin Lorden, Michael Lukoski, Ursula Pocknett, Charles Parker, Nathan Reid, Tyrese Rice, Harvey Robinson and William Sanders (hereinafter, collectively referred to as "Plaintiffs") by and through their undersigned counsel, hereby move this Honorable Court to grant class certification for the wage claims alleged in this matter. Plaintiffs also request that Plaintiffs' attorneys be appointed class counsel and that the named Plaintiffs be designated class representatives. Filed herewith is a Memorandum that sets forth the facts and law in support of this Motion.

Respectfully submitted,

/s/*Benjamin L. Davis, III*
Benjamin L. Davis, III (29774)
bdavis@nicholllaw.com
George E. Swegman (19444)
gswegman@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 South Charles Street
Baltimore, Maryland 21201

2

Phone No.: (410) 244-7005
Fax No.:    (410) 244-1047

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June 2016, a copy of Plaintiffs' Motion for Class Certification, Memorandum in Support thereto and proposed Order were served, via electronic filing, on the following attorneys for Defendant:

Todd J. Horn, Bar. No. 06849
thorn@venable.com
Lillian L. Reynolds, Bar. No. 30225
llreynolds@venable.com
Venable LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Phone No.: (410) 244-7400
Fax No.:   (410) 244-7742

*Attorneys for Defendant*

/s/*Benjamin L. Davis, III*