IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLAUDIA HARBOURT, et al. | : | |
| | : | |
| v. | : | Civil No. CCB-14-3211 |
| | : | Civil No. CCB-16-339 |
| PPE CASINO RESORTS MARYLAND, LLC, d/b/a MARYLAND LIVE! CASINO | : | |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. The plaintiffs' motion to certify class and for equitable tolling of the statute of limitations (ECF No. 26) is **Denied**;

2. The plaintiffs' motion for conditional certification and for the court's assistance in identifying and notifying similarly situated employees (ECF No. 25) is **Denied**;

3. The plaintiffs' motion for class certification (ECF No. 27) is **Granted**;

4. Plaintiffs' attorneys are appointed as class counsel; and

5. The named plaintiffs are designated class representatives.

January 23, 2017  /S/
Date  Catherine C. Blake
United States District Judge